UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN R. ANDERSON,

    Plaintiff,

v.                                          CASE NO.: 6:15-cv-888-Orl-40TBS

SETERUS, INC.,

    Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COME NOW Plaintiff, JOHN ANDERSON, by and through the undersigned counsel, hereby files this Notice of Voluntary Dismissal Without Prejudice of the above captioned matter as it pertains to FEDERAL NATIONAL MORTGAGE ASSOCIATION CORPORATION ("FNMA") only.

I HEREBY CERTIFY a true and correct copy of the foregoing has been furnished by Electronic Mail this 24th day of August, 2015 to: Andrew J. Chan, 71 Stevenson Street, Ste. 400, San Francisco, CA 94105 at achan@mauricewutscher.com and litigation@mauricewutscher.com.

                                                              /s/ *Jared M. Lee*
                                                              Jared M. Lee, Esquire
                                                              Morgan & Morgan, P.A.
                                                              20 N. Orange Avenue
                                                              Suite 1600
                                                              Orlando, FL 32801
                                                             Tele: (407) 420-1414
                                                            Fax: (407) 245-3485
                                                           Florida Bar No.: 0052284
                                                           Attorney for Plaintiff(s)
                                                           JLee@ ForThePeople.com
                                                           JMLPleadings@ForThePeople.com